# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### OCALA DIVISION

**DERRICK O'MAY,**

                **Petitioner,**

**-vs-**                                                **Case No. 5:10-cv-437-Oc-33GRJ**

**WARDEN, FCC COLEMAN - USP II,**

                **Respondent.**

_____

## NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05

Please take notice that, in accordance with Local Rule 3.05, this action is designated as a **Track One** Case. All parties must meet any requirements established in Local Rule 3.05 for cases designated as track one. Plaintiff is responsible for serving a copy of this notice on all other parties.

                                                  SHERYL L. LOESCH, CLERK

                                                  *Maurya McSheehy*

Date: September 1, 2010            By:   Deputy Clerk

Distribution:
    -Copies to plaintiff(s) [including habeas petitioner(s), bankruptcy appellants(s), and removing defendant(s)]