10-25-10

United States District Court
Middle District of Florida          5:10-CV-437-OC-33 EAJ
Golden-Collum Memorial Federal Building
And United States Courthouse
    Office of the Clerk
207 N.W. Second Street
Ocala, Florida 34475

Dear Ms. Sheryl L. Loesch

    I make $5.00 a mouth here in U.S.P. Coleman 2, so it will take me awhile to come up with $15.50 for the cost of photocopies that I need made.
    So I'm requesting more time, so that I can save up the money to get the copies made. So that all parties will have a copy of the files.

                            Derrick May

2010 OCT 27 PM 1:08
CLERK, U.S. DISTRICT COURT
OCALA FLORIDA
FILED RECEIVED