UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

DERRICK O. MAY,

        Petitioner,

-vs-                                                Case No. 5:10-cv-437-Oc-33EAJ

WARDEN, FCC COLEMAN - USP II,

        Respondent.

---

## **ORDER**

By order dated October 5, 2010, the Court directed Petitioner to file three (3) additional copies of the Petition for service of process. (Doc. 4). Pending before the Court is Petitioner's Motion for Extension of Time to comply with the Court's October 5, 2010 order. (Doc. 5). According to the Motion, Petitioner needs additional time to file service copies because of his financial situation. Id. Specifically, Petitioner states that he makes $5.00 a month in prison, and the cost of the photocopies is $15.50. Id.

Upon due consideration, Petitioner's Motion (Doc. 5) is **GRANTED**. Petitioner is directed to file the three (3) additional copies of the Petition within **NINETY (90) DAYS** of the date of this

order. The failure to comply with this order within the allotted time may result in a dismissal of this case without further notice.

**DONE and ORDERED** at Tampa, Florida this 29th day of October, 2010.

ELIZABETH A. JENKINS
UNITED STATES MAGISTRATE JUDGE

Copies to:   Derrick O. May